UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-20 CR- 545   PMH ( )( )

Roshawn Stewart

                                       Defendant(s).

-------------------------------------------------------------------X

Defendant __Roshawn Stewart_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_   Initial Appearance Before a Judicial Officer

_x_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_/s/ Roshawn Stewart /AEK_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_/s/ Margaret M. Shalley_
Defendant's Counsel's Signature

_Roshawn Stewart_
Print Defendant's Name

_Margaret M. Shalley_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_10/20/2020_
Date

_/s/ Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge