March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -v-

Roshawn Stewart    ,
                    Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- 545 (PMH)( )

Defendant **Roshawn Stewart** hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Roshawn Stewart_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Roshawn Stewart**
Print Defendant's Name

_/s/ Margaret M. Shalley_
Defense Counsel's Signature

**Margaret M. Shalley**
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

November 16, 2020
Date

_/s/_
U.S. District Judge/U.S. Magistrate Judge