UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Roshawn Stewart

                                              Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 545  ( PMH ) ( )

Defendant __Roshawn Stewart_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_     Bail/Detention Hearing

___     Conference Before a Judicial Officer

__/s/ Roshawn Stewart by JCM on consent__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Roshawn Stewart_____
Print Defendant's Name

__/s/ Margaret Shalley_____
Defendant's Counsel's Signature

__Margaret Shalley_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__12/21/2020_____
Date

__Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge