UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
**Roshawn Stewart,**              :     7:20-cr-00545-PMH-7
                  Defendant.      :
                                  :
------------------------------------------------------------x

The Court has scheduled a Change of Plea in this matter on April 4, 2022 at 3:00 p.m. in courtroom 520 at the White Plains Courthouse. The status conference previously scheduled for 3/10/2022 is cancelled, as to Roshawn Stewart.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: March 9, 2022                         SO ORDERED:

                                             _____
                                             Philip M. Halpern, U.S.D.J