> Application granted. Defendant Stewart's sentencing is adjourned to 2:00 p.m. on November 17, 2022 in Courtroom 520 of the White Plains Courthouse.
>
> Defendant's sentencing submission is due two weeks before sentencing. The Government's sentencing submission is due one week before sentencing.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 191.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 29, 2022

MARGARET M. SHALLEY, ESQ.
M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
646-641-0231 (Phone)
646-566-8165 (Fax)
margaretshalley@aol.com

June 28, 2022

Re:  US v. Roshawn Stewart
     20 Cr. 545 (PMH)

Dear Judge Halpern:

     I am the attorney for the defendant, Roshawn Stewart, in the above-referenced matter. Sentencing in this matter has been scheduled for July 19, 2022. The purpose of this letter is to respectfully request a 90-day adjournment of the sentencing. The pre-sentence interview of Mr. Stewart had to be re-scheduled after the video conferencing at the jail did not work and was completed on June 10, 2022. As a result, counsel does not yet have the first disclosure of the pre-sentence report. An adjournment of 90-days will allow sufficient time for counsel to receive the initial disclosure, review it with Mr. Stewart and submit any objections to the Probation Department, and receive the final PSR and draft the sentencing submission. This is the first request for an adjournment of the sentencing and the Government consents to this request. A Proposed Revised Scheduling Order is attached for the Court's review. Accordingly, it is respectfully requested that the Court adjourn the sentencing to the week of October 24, 2022, or a date that is convenient to the Court.

     The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: All Counsel (*via ECF*)
     USPO Sara Willette (*via email*)

1