UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Roshawn Stewart,**
                Defendants.

------------------------------------------------------------x

**RESCHEDULING ORDER**

7- 20-cr-00545-7 PMH

Sentencing in this matter is rescheduled to November 17, 2022 at 4:00 pm in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022        SO ORDERED:

Philip M. Halpern, U.S.D.J