UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Roshawn Stewart,**
            Defendants.

-----------------------------------------------------------x

**RESCHEDULING ORDER**

7-20-cr-00545-7 PMH

      The Court rescheduled sentencing in this matter to <u>July 14, 2023 at 9:30 am</u> in Courtroom 520 at the White Plains Courthouse.

      It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Dated: April 24, 2023        SO ORDERED:

*/s/ Philip M. Halpern*
Philip M. Halpern, U.S.D.J